# COMPLAINT

(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

MAY 23 A 11: 58

STEPHEN C. DRIES
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Stephen C. Fells
3808 W WI Ave #307 / POB 1301
Milwakee WI 53208

v.

(Full name of defendant(s))

Division of Vocational Rehabilitation

Lea Collins-Worachek - Pamela Ziegler
Division of Vocational Rehabilitation
2801 S. Chase Avenue, Suite D

Milwaukee, WI 53207

Case Number:

**17-C-0723**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __3808 W WI Ave #307__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Lea Collins and Pamela Ziegler__
   (Name)

   is (if a person or private corporation) a citizen of __Milwaukee, WI__

Complaint – 1

(State, if known)

and (if a person) resides at <u>2801 S. Chase Avenue, Suite D</u>

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Division of Vocation Rehabilitation, DWD</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Pamela Ziegler would not allow me to change my IPE plan for employment. Lea Collins Worchek told her not to let that happen. After a Administrative Law Judge said in a decision that it need to been changed in my IPE plan, to move forward when I insisteneed Lea Collin closed my case, This is not the first time DVR closed my case against the rules and gudie lines of the "program" for years they have been fighting again me, DVR train me for truck driving and many other benefit where provided to get a job to no avail. The only job that I am able to do is dump truck driver

the reson for the change in my IPE plan. Owner operator of dump trucks which need special equipment and little more training. But IPE would have to be changed to Self eloyment

DVR saids I have bad credit "NOT TRUE." They have no or bad information on my credit my credit rating is close to 700.

I had a heated argument with Lea Collin Worachek yrs ago appex 2007-8. She has been denialing any plan I come up with. This is well know in the office of DVR-DWD. She hates me to the point of taking a personal interest in stoping me from get this Dump truck regardless of future.

I work myself off disasctiy in 1996. I had to go back on disasbilty due to the action of these circumstances in 2009. Because of the denial and injustices caused by this lady. Need an investigation of all this Hatred using goverment office for her own personal vendetta

I think I was unknowingly hypnotized, I strongly believe that they did. Hypnotize me.

Case 2:17-cv-00723-JPS    Filed 05/23/17    Page 3 of 5    Document 1

## C.    JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D.    RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Reopen DVR case and provide needed services, change IPE. purchase Dump truck and Insurance for dump truck (six) yrs 6 yrs

Pay me for yrs of loss income (six) 6 yrs

Reinstate my Name to good standing that need be

Dump truck now full-equied ₱ 300,000.

Six yrs salary approx 125,000.00 × 6   ₱ = 750.000

Total     ₱ 1,050000

## E.    JURY DEMAND

I want a jury to hear my case.

☐ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __23__ day of __May__ 20 __17__.

Respectfully Submitted,

_Stephen C. Fells_
Signature of Plaintiff

_444-514-2248_
Plaintiff's Telephone Number

_fellsstephen@gmail.com_
Plaintiff's Email Address

_Stephen C. Fells 3808 W WI ave #307/53208_
_POB 1301 Milwaukee WI 53201_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.