# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEPHEN C. FELLS,

                Plaintiff,

v.

DIVISION OF VOCATIONAL REHABILITION, LEA COLLINS WORACHEK, and PAMELA ZIEGLER,

                Defendants.

Case No. 17-CV-723-JPS

**ORDER**

        On May 10, 2018, the Court entered an order granting the defendants' motion for summary and dismissing this action in its entirety. (Docket #36). Judgment was entered to that effect the same day. (Docket #37). On May 21, 2018, the plaintiff filed a letter with the Court expressing his disappointment that his case was dismissed. (Docket #39). The plaintiff states that "stopping the trial is unfair and oneside[d]" and suggests that because he is proceeding *pro se* and is unfamiliar with trial practice, he should not be held to a "high standard." *Id.* at 2, 3.

        Even if the Court were to generously construe the plaintiff's letter as a motion for reconsideration, the Court's decision with regard to the disposition of this case does not change. The defendants presented evidence in support of their motion for summary judgment demonstrating they are entitled to judgment as a matter of law. The plaintiff filed several documents in opposition to the defendants' motion. The Court construed those filings liberally, as it must in the case of a *pro se* litigant, *see Parker v. Four Seasons Hotels, Ltd.*, 845 F.3d 807, 811 (7th Cir. 2017), and enforced

procedural rules that any plaintiff, including one proceeding *pro se,* is charged with following, *see* Fed. R. Civ. P. 56(e); Civ. L. R. 56(b)(4); *see also Hill v. Thalacker*, 210 F. App'x 513, 515 (7th Cir. 2006) (noting that district courts have discretion to enforce procedural rules against *pro se* litigants). As the Court explained in its summary judgment order, the administrative record from the underlying proceeding on which this case is based clearly demonstrates that the defendants are entitled to a judgment from this Court upholding the administrative hearing officer's decisions.

The plaintiff's letter presents no reason to disturb the judgment in this case, and therefore his motion for reconsideration will be denied.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for reconsideration (Docket #39) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 25th day of May, 2018.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge